IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-CR-43-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>    v.  )<br>  )<br>THAD RAY CRAWFORD,  )<br>        Defendant.  )<br>_____  ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Thad Ray Crawford in the Bill of Indictment in the above-captioned case, because he has entered a guilty plea to the bill of information in the related case of 5:15-cr-54-RLV.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Thad Ray Crawford in the above-captioned Bill of Indictment be dismissed without prejudice.

**SO ORDERED**.

Signed: October 2, 2015

Richard L. Voorhees
United States District Judge